# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| LESLIE DIANNE PHILLIPS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00335-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLOL KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2022 Order.

March 17, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court